UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: 25-2065

Case Title: United States vs. Samuel Alexander Kuhl

List all clients you represent in this appeal:

United States of America

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act (Appointed)
☑ Appellee ☐ Respondent ☐ Intervenor

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

Alexis M. Sanford

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Olivia Kay Ghiselli Signature: s/Olivia Kay Ghiselli

Firm Name: U.S. Attorney's Office

Business Address: P.O. Box 508

City/State/Zip: Grand Rapids, MI 49501-0208

Telephone Number (Area Code): 616-456-2404

Email Address: olivia.ghiselli@usdoj.gov

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.