**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
* * * * * * * * *

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,** **Case No: 25-2065**

**vs.**

**SAMUEL ALEXANDER KUHL,**

**Defendant-Appellant.**

---

**COUNSEL'S MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL ON APPEAL**

---

In accordance with Sixth Circuit Rule 12, counsel for Mr. Samuel Alexander Kuhl, moves to withdraw from Mr. Kuhl's case. *See* 6th Cir. R. 12(c)(4)(D).

IN SUPPORT THEREOF, counsel states:

1. Counsel was appointed to represent Mr. Kuhl pursuant to the Criminal Justice Act.

2. At the conclusion of trial court proceedings, a judgment entered against Mr. Kuhl.

3. A Notice of Appeal was timely filed on November 20, 2025, and counsel's appointment was extended in this Court.

4. Counsel has engaged in conversations with Mr. Kuhl regarding the appeal process.

5. A breakdown has occurred in the attorney-client relationship that will make it difficult for counsel to represent Mr. Kuhl on appeal.

6. Mr. Kuhl has asked counsel to withdraw as his attorney.

7. Counsel believes that the interests of justice will be best served if other counsel represents Mr. Kuhl on appeal.

8. A copy of this motion has been served on Mr. Kuhl and counsel has advised him by letter that he has 14 days in which to respond to the motion.

**WHEREFORE**, Scott Graham requests this Court to grant this motion and allow him to withdraw from representation and further requests this Court to appoint new counsel.

**SCOTT GRAHAM PLLC**

Date: December 1, 2025

/s/ Scott Graham

Scott Graham
Attorney for Defendant-Appellant
P.O. Box 340
Portage, Michigan 49081
(269) 327-0585
sgraham@scottgrahampllc.com

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed Counsel's Motion for Leave to Withdraw as Counsel on Appeal through the Court's CM/ECF electronic system on December 1, 2025. See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Olivia Kay Ghiselli. In addition, a copy of the same has also been provided to Defendant-Appellant by United States First Class Mail addressed as follows: Samuel Alexander Kuhl – 61189-510, c/o Charles E. Egeler Reception and Guidance Center, 3855 Cooper Street, Jackson, Michigan 49201.

Counsel also emphasizes to Mr. Kuhl (*and has made this statement clear in a letter to him dispatched on December 1, 2025*) that Mr. Kuhl has 14 days from service of this motion to file a response with the Court at:

United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

**SCOTT GRAHAM PLLC**

Date: December 1, 2025

/s/ Scott Graham
Scott Graham
Attorney for Defendant-Appellant
P.O. Box 340
Portage, Michigan 49081
(269) 327-0585