**SCOTT GRAHAM PLLC**
**P.O. Box 340**
**Portage, Michigan 49081**
**Phone: 269-327-0585**
***sgraham@scottgrahampllc.com***

---

December 1, 2025

**Mr. Samuel Alexander Kuhl – 61189-510**
c/o Charles E. Egeler Reception and
Guidance Center
3855 Cooper Street
Jackson, Michigan 49201

**Re: USA v Kuhl**
**District Court Case Number: 1:23-cr-44**
**COA Case Number: 25-2065**

Dear Mr. Kuhl:

Pursuant to your request, I have filed your appeal papers and perfected your appeal, and I have filed the attached motion asking for permission to withdraw as your attorney on appeal. You have the right to respond to this motion within 14 days. Any response should be submitted to the Court at the following address:

United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3988

Please do not hesitate to contact our office with any questions you may have.

**Very truly yours,**

**SCOTT GRAHAM PLLC**

Scott Graham

**Scott Graham**