Case No. 25-2065

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

SAMUEL ALEXANDER KUHL

Defendant - Appellant

Upon consideration of the motion of Scott Graham to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: December 01, 2025