# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 12/01/2025.

**Case Name:** USA v. Samuel Kuhl
**Case Number:** 25-2065

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [7448546-2] filed by Mr. Scott Graham. New CJA counsel will be appointed under the Criminal Justice Act.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Samuel Alexander Kuhl
Charles Egeler Reception & Guidance Center
3855 Cooper Street
Jackson, MI 49201

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins
Ms. Olivia Kay Ghiselli
Mr. Scott Graham