U.S. COURT OF APPEALS
SIXTH CIRCUIT

NO. 25-2065

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee | ON APPEAL FROM THE DIST. COURT FOR THE W.D. OF MI. |
| v. | |
| SAMUEL ALEXANDER KUHL, Defendant-Appellant. | |

RECEIVED
DEC 17 2025
KELLY L. STEPHENS, Clerk

MOTION TO STAY/EXTEND & FOR GUIDANCE

I, Samuel Kuhl, am submitting this pleading in hopes of this Court staying and/or extending the Brief deadline for this Appeal. Please note that my access to the law library is not allowed at this facility personally. I have to submit requests for any materials which becomes essentially useless if I don't know the specific rule or citation I am looking for. Thus, I have no way to know the specific Rule of Appellate Procedure applicable to this motion.

Moreover, MDOC's mail policy limits me to receiving only 12 pages per incoming mail package. I recently had several of my filings in the trial court for this case sent to me and rejected due to it being considered "voluminous" for exceeding 12 pages. I need these filings to reference in my Appellate brief, as well as the texts underlying the Government's Rule 1006 Summary, because I'm alleging the summary was misleading, caused confusion of issues, and contained cumulative and irrelevant material that's prejudicial nature was outweighed by probative value. To effectively present such argument, I need to enable this Court to review the material underlying

RECEIVED

DEC 17 2025

KELLY L. STEPHENS, Clerk

the 1006 summary.

Additionally, there are several other issues I need to address on appeal - all of which I need to effectively research in order to effectively do so. Thus, I'm requesting a stay of the deadline for my brief until I am transferred out of the RGC facility and will have personal access to the law library.

Lastly, my family has been attempting to hire a lawyer for my appeal and are currently trying to come up with the total amount needed. Thus, I have no lawyer on my appeal to assist me in receiving and reviewing appropriate materials. Indeed, it seems no lawyer has been appointed by this Court either. For this reason, I feel a stay of this appeal is warranted for at least 90 days, as that is the typical time inmates are waiting to be transfered out of RGC Quarantine. This stay is also reasonable as my family works on gathering the money to hire a lawyer - part of which relies on this Court's decision in my other appeal case no. 25-1663.

Wherefore, I am requesting a stay of this matter for 90 days, and any other guidance or action this Honorable Court deems appropriate.

Respectfully,

S. Kuhl 12/9/25

S. Kuhl 731991
3855 Cooper St.
Jackson, MI 49201

NAME: S. Kuhl
Number: 731991
Address: 3855 Cooper St.
Address: Jackson, MI 49201

METROPLEX MI 480
12 DEC 2025 PM 10 L

USA ★ FOREVER

RECEIVED
DEC 17 2025
KELLY L. STEPHENS, Clerk

U.S. Court of Appeals
Sixth Circuit
100 East Fifth St.
Room 540
Cincinnati, OH 45202

LEGAL MAIL

45202-394540

25-1663
MMP
25-2065
JBO

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2019