**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 17, 2025

Mr. Samuel Alexander Kuhl
Charles Egeler Reception & Guidance Center
3855 Cooper Street
Jackson, MI 49201

Re: Case No. 25-2065
*USA v. Samuel Kuhl*
Originating Case No. 1:23-cr-00044-1

Dear Mr. Kuhl,

Your motion to stay/extend & for guidance is **DENIED** as moot because no briefing schedule has been issued. Further the clerk appointed Mr. Sanford A. Schulman as CJA counsel for your case on 12/15/2025. The defendant is advised that further pleadings should only be filed through counsel.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: James
Direct Dial No. 5135647019

cc: Ms. Olivia Kay Ghiselli
Mr. Sanford A. Schulman