**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 09, 2026

Mr. Samuel Alexander Kuhl
Charles Egeler Reception & Guidance Center
3855 Cooper Street
Jackson, MI 49201

Re: Case No. 25-2065
*USA v. Samuel Kuhl*
Originating Case No. 1:23-cr-00044-1

Dear Mr. Kuhl,

Your document titled "Expedited Consideration Requested" is being returned date stamped "received" but not filed. An individual represented by counsel has no right to file pro se pleadings. All flings must be submitted through your attorney.

Please contact your attorney Sanford A. Schulman for filing of your motion. This court doesn't accept prose filings when there is appointed counsel on your behalf, therefore your motion is being returned unfiled.

By copy of this letter, I'm informing your attorney of your request.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: James
Direct Dial No. 5135647019

cc: Ms. Olivia Kay Ghiselli
Mr. Sanford A. Schulman