U.S. COURT OF APPEALS
SIXTH CIRCUIT

Dear Clerk of Court,

If possible please provide me with any Claim of Appeal, Appellant Brief, and Appendix forms/templates to assist litigants seeking to exercise their right to appeal a federal criminal case.

Additionally, if there are any forms that must be filled out to receive the pleadings, opinions, orders, and transcripts from the trial court that presided over the conviction being appealed, please provide me with such forms.

Thank you for your time, attention, and help in this matter, and may blessings be with you in the New Year.

Respectfully,
S. Kuhl 1-5-2026
Samuel Kuhl 731991
3855 Cooper Street
Jackson, MI 49201

RECEIVED
JAN 12 2026
KELLY L. STEPHENS, Clerk

Print First & Last Name: Samuel Kuhl
Prisoner Number : 731991
CHARLES E. EGELER RECEPTION & GUIDANCE CENTER
3855 Cooper Street
Jackson, Michigan 49201-7517

METROPLEX MI 480
7 JAN 2026 AM 14 L
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 49201 $ 000.74
02 7W
0008038258 DEC 29 2025

RECEIVED
JAN 12 2026
KELLY L. STEPHENS, Clerk

U.S. Court of Appeals
Sixth Circuit
100 East Fifth Street
Room 540
Cincinnati, OH 45202

LEGAL MAIL

45202-399540

25-2065
JBO