**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 12, 2026

Mr. Samuel Alexander Kuhl
Charles Egeler Reception & Guidance Center
3855 Cooper Street
Jackson, MI 49201

Re: Case No. 25-2065
*USA v. Samuel Kuhl*
Originating Case No. 1:23-cr-00044-1

Dear Mr. Kuhl,

We received your letter requesting information regarding the appeals process. Attached for your convenience is a copy of our FRAP Rules and Procedures for the Sixth Circuit. Any inquiries on pleadings, opinions, orders and transcript forms need to be directed to the District Court. For any further legal questions, please contact your attorney Sanford A. Schulman.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: James
Direct Dial No. 5135647019

cc: Ms. Olivia Kay Ghiselli
Mr. Sanford A. Schulman