Case No. 25-2065

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

SAMUEL ALEXANDER KUHL

Defendant - Appellant

The record in this matter shows that appointed counsel, Sanford A. Schulman, has failed to file the appellant's brief by the required deadline.

It is, therefore, **ORDERED** that counsel file the brief within seven days from the date of this order, along with a separate motion to extend time to file the brief, or counsel will be removed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: February 03, 2026

Kelly L. Stephens