IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

CASE NO. 25-2065

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

vs.

SAMUEL ALEXANDER KUHL,

Defendant-Appellant,

---

ON APPEAL FROM THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**DEFENDANT/APPELLANT SAMUEL ALEXANDER KUHL'S MOTION TO EXTEND DEADLINE TO FILE APPELLANT BRIEF**

---

SANFORD A. SCHULMAN
Attorney for Defendant/Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
saschulman@comcast.net

Date: February 2, 2026

NOW COMES the Appellant, SAMUEL ALEXANDER KUHL, by and through his attorney, SANFORD A. SCHULMAN, and states pursuant to 6 Cir. R. 26(a) in support of his Motion to Extend Deadline for the filing of Appellant Brief for 60 days as follows:

1. The undersigned was appointed to represent the appellant, SAMUEL ALEXANDER KUHL who is in state custody and not in the Bureau of Prisons .

2. Transcripts of the trial and sentencing hearing have been produced and have been reviewed and total over 900 pages.

3. The appellant's principal brief is due by February 2, 2026.

4. Appellant's counsel intended to complete and file the appellant's brief but the appellant has requested additional time to meet and review the brief and as such additional time is necessary.

5. Appellant counsel is seeking an extension of the February 2, 2026 2026 deadline for the filing of the principal brief. Counsel would like the appellant to review the draft brief prior to its submission and the additional time is necessary given the length of the trial and issues presented.

6. There have been no previous or prior requests to extend the briefing scheduled set for February 2, 2026. (R. 14, Briefing Letter).

7. The 60-day extension will provide sufficient time to allow counsel a full opportunity to complete a review of the transcripts and for appellant and his attorney to review the brief and submit same.

WHEREFORE, the Appellant, SAMUEL ALEXANDER KUHL, by and through his attorney, SANFORD A. SCHULMAN, and pursuant to 6 Cir. R. 26(a) respectfully requests this Honorable Court grant the Appellant's First Request and Motion to Extend Deadline for the filing of Appellant Brief for 60 days for the reasons so stated herein.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Petitioner/Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comast.net

Date: February 2, 2026

CERTIFICATE OF ELECTRONIC FILING WITH COURT

SANFORD A. SCHULMAN, affirms, deposes and states that on the 3rd day of February, 2026, he did cause to be served electronically with the Clerk of United States Sixth Circuit Court of Appeals, using the ECF system which will send notification of such filing to the following:

Olivia Kay Ghiselli
Office of the U.S. Attorney
P.O. Box 508
Grand Rapids, MI 49501-0208

the following pleadings:

1. APPELLANT, SAMUEL ALEXANDER KUHL'S MOTION TO EXTEND DEADLINE FOR APPELLANT'S PRINCIPAL BRIEF;
2. Certificate of Service.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: sachulman@comast.net
Date: February 2, 2026