**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 09, 2026

Mr. Thomas Benjamin
710 Collins St. Apt. 807
Kalamazoo, MI 49001

Re: Case No. 25-2065
*USA v. Samuel Kuhl*
Originating Case No. 1:23-cr-00044-1

Dear Mr. Benjamin,

The correspondence received on March 09, 2026, on behalf of Sanford Shulman is being returned stamped received but unfiled. Filings may only be made by parties to the appeal or their counsel.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: James
Direct Dial No. 5135647019

cc: Ms. Olivia Kay Ghiselli
Mr. Samuel Alexander Kuhl
Mr. Sanford A. Schulman