IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CASE NO. 25-2065

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

vs.

SAMUEL ALEXANDER KUHL,

Defendant-Appellant,

ON APPEAL FROM THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DEFENDANT/APPELLANT SAMUEL ALEXANDER KUHL'S UNOPPOSED FINAL MOTION TO EXTEND DEADLINE FOR 30 DAYS TO FILE APPELLANT BRIEF**

SANFORD A. SCHULMAN
Attorney for Defendant/Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
saschulman@comcast.net

Date: March 31, 2026

NOW COMES the Appellant, SAMUEL ALEXANDER KUHL, by and through his attorney, SANFORD A. SCHULMAN, and states pursuant to 6 Cir. R. 26(a) in support of his Final Motion to Extend Deadline for 30 days to file Appellant Brief'sas follows:

1. The undersigned was appointed to represent the appellant, SAMUEL ALEXANDER KUHL who is in state custody and not in the Bureau of Prisons . Mr. Kuhl was recently moved from the Charles Egeler facility in Jackson, Michigan to another state facility in Michigan which has caused an unexpected delay in communication.

2. Transcripts of the trial and sentencing hearing have been produced and have been reviewed and total over 900 pages. Moreover, there were approximately 40 pretrial motions filed by the defendant/appellant which have taken additional time to complete the appendix.

3. The appellant's principal brief is due by April 3, 2026.

4. There does not appear the appendix will not be completed and the defendant/appellant will have sufficient time to review it in the next 30 days

5. Appellant counsel is seeking an extension of the April 3, 2026 deadline for the filing of the principal brief. Counsel would like the appellant to review the draft brief prior to its submission and the additional time is necessary given the length of the trial and issues presented.

6. There has been one previous request to extend the briefing scheduled set for February 2, 2026. (R. 14, Briefing Letter).

7. The 30-day extension will provide sufficient time to allow counsel a full opportunity to complete a review of the transcripts and for appellant and his attorney to review the brief and submit same.

8. Concurrence has been sought from assistant US Attorney Olivia Kay Ghiselli representing the plaintiff/appellee who does not object to the request for a 30 day extension.

WHEREFORE, the Appellant, SAMUEL ALEXANDER KUHL, by and through his attorney, SANFORD A. SCHULMAN, and pursuant to 6 Cir. R. 26(a) respectfully requests this Honorable Court grant the Appellant's Request and Motion to Extend Deadline for the filing of Appellant Brief for 30 days for the reasons so stated herein.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Petitioner/Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comast.net

Date: March 31, 2026

<u>CERTIFICATE OF ELECTRONIC FILING WITH COURT</u>

SANFORD A. SCHULMAN, affirms, deposes and states that on the 31st day of March, 2026, he did cause to be served electronically with the Clerk of United States Sixth Circuit Court of Appeals, using the ECF system which will send notification of such filing to the following:

Olivia Kay Ghiselli
Office of the U.S. Attorney
P.O. Box 508
Grand Rapids, MI 49501-0208

the following pleadings:

1. APPELLANT, SAMUEL ALEXANDER KUHL'S MOTION TO EXTEND DEADLINE FOR APPELLANT'S PRINCIPAL BRIEF;
2. Certificate of Service.

Respectfully submitted,

<u>/s/ Sanford A. Schulman</u>
SANFORD A. SCHULMAN
Attorney for Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: sachulman@comast.net

Date: March 31, 2026