RECEIVED
APR 13 2026
KELLY L. STEPHENS, Clerk

Samuel Kuhl MDOC # 731991
1728 W. Bluewater Highway
Ionia, MI 48846

U.S. Sixth Circuit Court of Appeals
Kelly Stephens or other Clerk
Re: U.S. v. Kuhl, 25-2065

April 4, 2026

Dear Clerk,

I've enclosed a pro se motion to be filed in my criminal appeal case written above. Please ensure that it is filed and that my address is properly recorded with this Court to ensure I receive any correspondence.

Thank you for your time and attention to this matter.

Respectfully,
S Kuhl
S. Kuhl 731991

NAME: Kuhl
Number: 731991
Address: 1728 W. Bluewater Highway
Address: Ionia, MI 48846

GRAND RAPIDS MI 493
7 APR 2026 PM 6 L

USA FOREVER

RECEIVED
APR 13 2026
KELLY L. STEPHENS, Clerk

X-RAY
U.S. MARSHALS SERVICE

Kelly Stephens Clerk of Court
U.S. Sixth Circuit Court of Appeals
100 E. Fifth Street, Room 540
Cincinnati, OH 45202

LEGAL MAIL

45202-394540

JRO

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019