RECEIVED
APR 13 2026
ELLY L. STEPHENS, Clerk

U.S. SIXTH CIRCUIT COURT OF APPEALS

Case No. 25-2065

USA,
Plaintiff,-Appellee,
v.
SAMUEL KUHL,
Defendant-Appellant.

On Appeal From The U.S. District Court for The Western District of Michigan

# MOTION TO REPLACE COUNSEL

I, the Defendant-Appellant in this case, come to this Court respectfully and humbly pleading for the Court to appoint new Appellate Counsel for me.

There has been virtually no communication between Mr. Schulman and I. Never once have I spoken to Schulman or seen his face. Despite his promises to meet with me in video, person, or at least set up a call, Mr. Schulman has not done so. This has taken any chance to confer ideas ~~a~~ as to appellate issues that should be raised, which has disabled me from knowing whether Mr. Schulman and I were so deep in disagreement that I need to ask for a different attorney earlier.

I asked Mr. Schulman in a letter to provide me the sentencing transcripts and other docket entries. Despite Mr. Schulman's initial offer to at least provide me with the sentencing ~~script~~ transcripts if I desired them, he has not done so. This disables me from expressing certain issues to Mr. Schulman as he asked me to do in a letter months ago. I've asked Mr. Schulman if he can see rejected pleadings, so that I could point to some issues I tried to raise

prior to Mr. Graham (trial attorney) taking over representation mid-trial. Mr. Schulman has never taken the time to answer this one question out of many.

While this Court usually does not acknowledge pro se appellate briefs when an appellant is represented by counsel, it has on rare occasions. Any chance of me being able to do this has been prevented by the conduct of Mr. Schulman. I also wrote the U.S. District Court for the Western District of Michigan asking for certain docket entries in this case, but I did not receive a response.

Regardless of whether this Court would accept a pro se supplement or not, I cannot leave my last chance at trying to right a wrong conviction in the hands of ~~as~~ a ghost.

The snide remarks from Mr. Schulman to my family as to my self-representation at trial, and the manner of my pro se motion filings displays a palpable distaste that Mr. Schulman has for me. There is no possible way I can let this man speak for me before this Court without even honoring to at least hear my side.

That is why I'm asking this Court to please immediately appoint new appellate counsel. If this cannot be honored, please provide me the docket entries from the lower court except for the trial transcripts (I have already), so that I may represent myself on appeal.

Obviously, an extension of my brief deadline would be needed to allow myself, or, if applicable, new appellate counsel to obtain and review the lower court record.

Respectfully,

S. Kuhl

S. Kuhl 731991
1728 W. Bluewater Highway
Ionia, MI 48846

NAME: Kuhl
Number: 731991
Address: 1728 W. Bluewater Highway
Address: Ionia, MI 48846

GRAND RAPIDS MI 493
7 APR 2026 PM 6 L

USA FOREVER

RECEIVED
APR 13 2026
KELLY L. STEPHENS, Clerk

X-RAY
U.S. MARSHALS SERVICE

Kelly Stephens Clerk of Court
U.S. Sixth Circuit Court of Appeals
100 E. Fifth Street, Room 540
Cincinnati, OH 45202

LEGAL MAIL

45202-394540

JB

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019