Case No. 25-2065

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

SAMUEL ALEXANDER KUHL,

Defendant-Appellant.

---

Appeal from the United States District Court for the Western District of Michigan, Southern Division
Case No. 23-cr-44
Honorable Jane M. Beckering, United States District Judge

---

# RESPONSE OF APPOINTED COUNSEL TO DEFENDANT-APPELLANT'S MOTION TO REPLACE COUNSEL

**SANFORD A. SCHULMAN**
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

## **RESPONSE OF APPOINTED COUNSEL TO DEFENDANT-APPELLANT'S MOTION TO REPLACE COUNSEL**

NOW COMES undersigned counsel, SANFORD A. SCHULMAN, appointed counsel of record for Defendant-Appellant SAMUEL ALEXANDER KUHL, and hereby submits this Response to Mr. Kuhl's pro se Motion to Replace Counsel (Doc. 26, filed April 13, 2026). In response, counsel respectfully states as follows:

1. Counsel was appointed by this Court to represent Mr. Kuhl on direct appeal from his convictions in the United States District Court for the Western District of Michigan, Case No. 23-cr-44 (Hon. Jane M. Beckering).

2. The record of the district court proceedings in this matter is uncommonly voluminous. Mr. Kuhl was initially determined to be incompetent. After being restored to competency, he terminated successive appointed attorneys and elected to represent himself for substantial portions of the lower court proceedings. While acting pro se, Mr. Kuhl filed in excess of seventy (70) motions, many of which were factually and legally illogical, as was much of the trial strategy he pursued when representing himself. The file is extensive and includes, among other things, more than eight hundred (800) pages of trial transcripts, numerous pretrial motions, sealed and restricted filings, and voluminous correspondence from Mr. Kuhl identifying additional issues he wished to have raised on appeal.

3. Because of the unusual scope of the record, additional time was necessary to properly review the proceedings below. Counsel has carefully reviewed the approximately seventy-five (75) motions filed in the lower court (and related appellate filings), studied the more than 800 pages of trial transcripts, and considered each of Mr. Kuhl's numerous letters suggesting issues for appeal. Counsel thereafter drafted and filed a sixty-plus (60+) page Opening Brief on behalf of Mr. Kuhl.

4. Mr. Kuhl is not in federal custody. He has been housed in Michigan Department of Corrections facilities, including the Charles Egeler Reception and Guidance Center, where he was held in quarantine status and where attorney visitation and video access were significantly limited. Mr. Kuhl was recently transferred from that facility.

5. Notwithstanding those limitations, counsel scheduled an Internet video visit with Mr. Kuhl for Monday, April 6, 2026, from 2:30 p.m. to 2:50 p.m. (Confirmation ID 1560421). Mr. Kuhl was on notice of that scheduled visit. Mr. Kuhl was also on notice that the Opening Brief was not due until May 2026, affording additional opportunity for consultation prior to filing.

6. Prior to the scheduled video visit, on March 31, 2026, Mr. Kuhl sent counsel a JPay message expressly directing counsel to terminate the

representation and stating, among other things, “GET OFF MY CASE TODAY SO THAT A NEW LAWYER CAN BE APPOINTED IMMEDIATELY.” On April 13, 2026, this Court received Mr. Kuhl’s pro se Motion to Replace Counsel.

7. Counsel has advised Mr. Kuhl, in writing, of the following: (a) counsel can only terminate the representation when this Court enters an order permitting withdrawal, and until such time counsel remains obligated to continue representing him; (b) counsel has forwarded to Mr. Kuhl the complete trial and sentencing transcripts (approximately 800 pages) together with a copy of the Opening Brief as filed; and (c) it is unclear if Mr. Kuhl wishes the filed Opening Brief to be stricken and to either represent himself or have substitute counsel appointed, but the undersigned will leave that to this Court’s discretion. The defendant/appellant’s Opening Appellate Brief was timely filed and it is in excess of 60 pages with 10 issues, many of which were requested by the defendant.

8. Counsel takes no position adverse to Mr. Kuhl and leaves the decision on his Motion to Replace Counsel to the sound discretion of this Court. Counsel notes, however, that if Mr. Kuhl is dissatisfied with counsel’s representation such that this Court grants his request for substitute counsel or for self-representation, then in counsel’s view the

Opening Brief filed by counsel should likewise be stricken, so that Mr. Kuhl or any newly appointed counsel may file a brief of their own. That determination, however, remains wholly within the discretion of this Court. The undersigned has made it clear in no uncertain terms that he will not engage in gamesmanship with this Court.

WHEREFORE, counsel respectfully requests that this Honorable Court enter such order on Defendant-Appellant's Motion to Replace Counsel as the Court deems just and proper, including, if the Motion is granted: (1) permitting undersigned counsel to withdraw; (2) striking the Opening Brief previously filed on behalf of Mr. Kuhl; and (3) either appointing substitute appellate counsel or permitting Mr. Kuhl to proceed pro se, with such extension of the briefing schedule as the Court deems appropriate.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: April 13, 2026

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Response of Appointed Counsel to Defendant-Appellant's Motion to Replace Counsel was filed with the Court's CM/ECF system this 13th day of April, 2026, which provides electronic service to all parties of record. A true and correct copy of the foregoing was also served upon Defendant-Appellant by U.S. Mail at:

Samuel A. Kuhl, #731991
1728 W. Bluewater Highway
Ionia, MI 48846

Respectfully submitted,

/s/ Sanford A. Schulman

SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: April 13, 2026