**REQUEST TO SEAL FILING**

RECEIVED

APR 22 2026

KELLY L. STEPHENS, Clerk

Case No. 25-2065

Dear Clerk,

Please note that prior to filing the enclosed reply, I am requesting this filing be only for the Judges' eyes. This is due to the privileged nature of the pleading as it discloses details about matters spoken about between myself and appellate counsel Mr. Schulman. This pleading also discusses issues and arguments against the brief filed on my behalf through Mr. Schulman, in order to allow this Court to see and understand why I need new counsel.

Therefore, please ensure it is addressed as to whether this pleading be restricted for only the Court, Mr. Schulman, and any other attorney who may be appointed.

Respectfully,

S. Kuhl

S. Kuhl 731991
1728 W. Bluewater Highway
Ionia, MI 48846

NAME: Kuhl
Number: 731991
Address: 1728 W. Bluewater Highway
Address: Ionia, MI 48846

GRAND RAPIDS MI 493
20 APR 2026 PM 6 L

USA FOREVER

U.S. Court of Appeals
100 E. Fifth Street
Room 540
Cincinnati, OH 45202

RECEIVED
APR 22 2026
KELLY L. STEPHENS, Clerk

LEGAL MAIL

45202-394540

25-2065
JBD

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019