# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/22/2026.

**Case Name:** USA v. Samuel Kuhl
**Case Number:** 25-2065

**Docket Text:**
RULING LETTER SENT to hold briefing in abeyance pending the ruling of the motion to withdraw filed on 4/13/26 [7515162-1].

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Samuel Alexander Kuhl
Charles Egeler Reception & Guidance Center
3855 Cooper Street
Jackson, MI 49201

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins
Ms. Olivia Kay Ghiselli
Mr. Sanford A. Schulman