# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/29/2026.

**Case Name:** USA v. Samuel Kuhl
**Case Number:** 25-2065

**Docket Text:**
ORDER filed denying motion appointment of counsel [7515162-3] filed by Mr. Samuel Alexander Kuhl; denying motion to withdraw as counsel [7515162-2] filed by Mr. Samuel Alexander Kuhl; denying motion to file document under seal [7520505-2] filed by Mr. Samuel Alexander Kuhl. Richard Allen Griffin, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Samuel Alexander Kuhl
Charles Egeler Reception & Guidance Center
3855 Cooper Street
Jackson, MI 49201

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins
Ms. Olivia Kay Ghiselli
Mr. Sanford A. Schulman