UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

No. 25-2065

v.

SAMUEL ALEXANDER KUHL,

Defendant-Appellant.
______________________________/

MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and Olivia Kay Ghiselli, Assistant United States Attorney, moves this Court for an extension of time to file its brief on appeal for the following reasons:

1. The brief of the United States is currently due on June 29, 2026.

2. No prior requests for extension of time have been made by Appellee. Appellant was granted 2 motions of extensions, totaling 90 days, to file his brief.

3. The issues raised by the Appellant are important ones that require a response that fully addresses the legal and factual issues presented.

4. Due to other commitments, undersigned counsel for the United States has not had a sufficient opportunity to brief these issues adequately.

5. In order to provide the Court with a comprehensive review of the record

and the law, the United States seeks this extension of time.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension to file its brief to and including July 29, 2026.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: June 25, 2026

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404

CERTIFICATE OF SERVICE

I certify that on June 25, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Olivia Kay Ghiselli
Assistant United States Attorney