Case No. 25-2065

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

SAMUEL ALEXANDER KUHL,

*Defendant-Appellant.*

---

Appeal from the United States District Court for the Western District of Michigan, Southern Division
Case No. 1:23-cr-44
Honorable Jane M. Beckering, United States District Judge

---

# **RESPONSE OF APPOINTED COUNSEL TO DEFENDANT-APPELLANT'S RENEWED MOTION FOR APPOINTMENT OF SUBSTITUTE APPELLATE COUNSEL, OR, IN THE ALTERNATIVE, FOR LEAVE TO PROCEED PRO SE**

---

SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: July 17, 2026

**RESPONSE OF APPOINTED COUNSEL**

NOW COMES undersigned counsel, SANFORD A. SCHULMAN, appointed counsel of record for Defendant-Appellant SAMUEL ALEXANDER KUHL, and submits this Response to Mr. Kuhl's Renewed Motion for Appointment of Substitute Appellate Counsel, or, in the Alternative, for Leave to Proceed Pro Se (Doc. 35, filed July 16, 2026). Counsel states as follows:

1. Counsel takes no position adverse to Mr. Kuhl and leaves the disposition of the motion to the sound discretion of this Court, as counsel did in response to Mr. Kuhl's first motion. (Doc. 27.)

2. This Court denied substantially the same relief on May 29, 2026, holding that Mr. Kuhl "is bound by the brief Schulman filed, regardless of whether Kuhl agrees with it," and that "Schulman's disregard of any of Kuhl's proposed arguments does not establish justifiable good cause for Schulman's substitution." (Doc. 31 at 2-3, citing United States v. Iles, 906 F.2d 1122, 1130 (6th Cir. 1990).) Nothing in the present motion alters that analysis, and counsel does not understand Mr. Kuhl to allege a conflict of interest.

3. Counsel has nonetheless reviewed each point in the motion against the trial record. Rather than defend the Opening Brief as filed,

counsel has today moved for leave to file a supplemental brief raising three of the issues Mr. Kuhl identifies and correcting one factual statement in the Statement of Facts. Each of the three is preserved by an on-the-record ruling below, and each is supported by controlling authority that the Opening Brief does not cite.

4. The result is that the substance of Mr. Kuhl's complaint is addressed on the merits, in this appeal, without substitution and without further delay. Substitution of counsel would require striking the Opening Brief, appointing new counsel, and rebriefing the case from the beginning, months after the brief was filed and days before the Appellee Brief is due. (Doc. 34.) The supplemental brief accomplishes the same object at a fraction of the cost to Mr. Kuhl and to this Court.

5. Counsel does not represent that the omission of these three issues reflected a considered strategic judgment, and counsel therefore does not ask this Court to treat Mr. Kuhl's objections to them as mere disagreement over strategy. Counsel's obligation is to advocate for Mr. Kuhl, and the correct response to a client who has identified a meritorious preserved issue is to raise it.

6. As to the alternative request for leave to proceed pro se, there is no constitutional right to self-representation on direct appeal. Martinez v. Court of Appeal of Cal., Fourth Appellate Dist., 528 U.S. 152, 163 (2000). The question rests in this Court's discretion, and counsel takes no position on it.

7. On the asserted absence of any opportunity to confer, counsel notes only what is already of record. Counsel scheduled an Internet video visit with Mr. Kuhl for Monday, April 6, 2026, from 2:30 p.m. to 2:50 p.m. (Confirmation ID 1560421). Shortly before that visit, Mr. Kuhl sent counsel a message directing that counsel get off his case immediately, and the visit was cancelled. (Doc. 27, ¶¶ 5-6.) Counsel has forwarded Mr. Kuhl the complete trial and sentencing transcripts, approximately eight hundred pages, together with the Opening Brief as filed, and has remained available by video, telephone, and mail throughout. Upon the filing of the Appellee Brief, counsel will forward a copy and invite Mr. Kuhl's comments before any Reply Brief is prepared.

8. Consistent with his prior Response, counsel states that if this Court grants substitution or leave to proceed pro se, the Opening Brief should likewise be stricken so that Mr. Kuhl or newly appointed counsel

may file a brief of their own, and counsel will transmit the entire file without delay.

WHEREFORE, counsel respectfully requests that this Honorable Court enter such order on Defendant-Appellant's Renewed Motion as the Court deems just and proper as the Court deems appropriate.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: July 17, 2026

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Response of Appointed Counsel was filed with the Court's CM/ECF system this 17th day of July, 2026, which provides electronic service to all parties of record, including Olivia Kay Ghiselli, Assistant United States Attorney, Office of the United States Attorney, Western District of Michigan, P.O. Box 508, Grand Rapids, Michigan 49501-0208. A true and correct copy of the foregoing was also served upon Defendant-Appellant by U.S. Mail at:

Samuel A. Kuhl, #731991
1728 W. Bluewater Highway
Ionia, Michigan 48846

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: July 17, 2026