Case No. 25-2065

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

SAMUEL ALEXANDER KUHL**,**

*Defendant-Appellant.*

---

Appeal from the United States District Court for the Western District of Michigan, Southern Division
Case No. 1:23-cr-44
Honorable Jane M. Beckering, United States District Judge

---

# **MOTION OF DEFENDANT-APPELLANT FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

---

SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: July 17, 2026

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

NOW COMES Defendant-Appellant SAMUEL ALEXANDER KUHL, by and through his appointed counsel, SANFORD A. SCHULMAN, and pursuant to Fed. R. App. P. 2 moves this Honorable Court for leave to file the Supplemental Brief attached to this Motion as Exhibit A. In support, counsel states as follows:

1. Counsel was appointed under the Criminal Justice Act by Ruling Letter dated December 15, 2025. (Doc. 6.) Counsel filed Defendant-Appellant's Opening Brief on April 9, 2026, raising ten issues. (Doc. 24.)

2. **The Appellee has not filed its brief.** The Appellee Brief was originally due June 29, 2026, and was extended on the Government's motion to July 29, 2026. (Docs. 32, 33, 34.) As of the filing of this Motion, no Appellee Brief has been filed, no answer to the Opening Brief is of record, and no oral argument has been scheduled. This Motion is therefore made at a point in the appeal at which supplemental briefing imposes no burden on the Appellee and requires no adjustment to any argument the Appellee has made, because it has made none.

3. On July 16, 2026, Defendant-Appellant filed a pro se motion identifying issues he contends should have been raised on his behalf. (Doc. 35.) Counsel has reviewed each of those issues against the trial transcripts. Three of them are preserved by an on-the-record ruling in the district court, are governed by controlling authority not cited in the Opening Brief, and are at least as substantial as the issues the Opening Brief presents. Counsel seeks leave to raise those three, and no others.

4. **Proposed Issue XI: the particularity of the Samsung warrant.** The Opening Brief argues that the Samsung device was not identified in the warrant's seizure-authorization provision and that the executing officer, Sgt. Meredith, had never reviewed the supporting affidavit. (Doc. 24 at 52-53.) It does not cite Groh v. Ramirez, 540 U.S. 551 (2004), which controls that fact pattern. Defendant-Appellant moved orally to suppress on precisely this ground during trial, and the district court denied the motion on the record on the ground that probable cause "comes from the presence of the warrants and the affiant," inviting an appeal. (R. 320, PageID.3213-3215.) That rationale is the one Groh rejects.

5. **Proposed Issue XII: duplicity and jury unanimity as to Count One.** Count One charged four visual depictions produced across approximately ten months in a single count. The unit of prosecution under 18 U.S.C. § 2251(a) is each individual depiction. United States v. Esch, 832 F.2d 531, 541-42 (10th Cir. 1987). The verdict form asked the jury only to identify which exhibits "constitute images of sexually explicit conduct," not which depictions Defendant-Appellant was unanimously found to have used the minor to produce. (R. 320, PageID.3367-3368.) The Government told the jury in closing that "[i]t doesn't have to be all of them. It's got to be one." (R. 320, PageID.3421.) The issue was preserved in pretrial motions and in the Rule 33 motion for a new trial.

6. **Proposed Issue XIII: prosecutorial misconduct in rebuttal closing.** In rebuttal, the Government told the jury that Defendant-Appellant's courtroom emotion and his jail attire were a deliberate attempt to manipulate them, and urged the jury to direct its sympathy to the complaining witness instead. Defendant-Appellant objected on the record. The district court neither ruled on the objection nor gave any curative instruction, proceeding directly to the deliberation charge. (R. 320, PageID.3453-3454.)

7. **Correction to the Statement of Facts.** Counsel further seeks leave to correct one statement in the Opening Brief. That brief states that the four charged videos were "all purportedly extracted from Mr. Kuhl's iPhone 12 Pro Max." (Doc. 24 at 6.) The cited pages do not support the statement, and the record indicates otherwise. (R. 320, PageID.3234-3235, 3421.) The correction is set out at pages 2 through 3 of Exhibit A and operates in Defendant-Appellant's favor.

8. **Leave is warranted.** This Court has discretion to permit supplemental briefing and to suspend the ordinary briefing rules in a particular case. Fed. R. App. P. 2. Every consideration bearing on that discretion favors leave here. The proposed Supplemental Brief is confined to three preserved, record-based issues. It does not disturb the ten issues already briefed, and it incorporates the Statement of Jurisdiction, Statement of the Case, and Statement of Facts by reference rather than restating them. No party is prejudiced: as set out in paragraph 2, the Appellee has not yet filed its brief and may address the supplemental issues in the ordinary course. Counsel does not seek to delay the appeal and will proceed on whatever schedule the Court directs, including the existing July 29, 2026 date.

9. **Type-volume disclosure.** The Opening Brief contains 11,805 words. The proposed Supplemental Brief contains 3,134 words, excluding the parts exempted by Fed. R. App. P. 32(f). The combined total is 14,939 words. To the extent this Court deems the two filings together to constitute Defendant-Appellant's principal brief, that total exceeds the 13,000-word limitation of Fed. R. App. P. 32(a)(7)(B)(i) by 1,939 words, and counsel respectfully requests leave to exceed the limitation to that extent. The excess is modest and is attributable entirely to the three supplemental issues and their supporting authority. Should the Court prefer, counsel will file a Supplemental Brief conformed to any word limit the Court sets.

10. Granting leave also serves judicial economy. The three issues are preserved and record-based, and each was ruled upon below. Resolving them now, on direct appeal and on a complete record, is preferable to their presentation in a collateral proceeding.

11. Counsel has served a copy of this Motion and of Exhibit A upon Defendant-Appellant and upon counsel for the Government. Counsel sought the Government's position on this Motion.

WHEREFORE, Defendant-Appellant SAMUEL ALEXANDER KUHL respectfully requests that this Honorable Court enter an Order: (1) granting leave to file the Supplemental Brief attached as Exhibit A; (2) deeming that Supplemental Brief filed as of the date of the Court's Order; (3) to the extent necessary, granting leave to exceed the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(i) as set out in paragraph 9; and (4) granting such further relief as is just.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: July 17, 2026

## CERTIFICATE OF COMPLIANCE

1. This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 1,149 words, excluding the parts exempted by Fed. R. App. P. 32(f).

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), as made applicable by Fed. R. App. P. 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Arial.

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: July 17, 2026

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion of Defendant-Appellant for Leave to File Supplemental Brief, together with Exhibit A, was filed with the Court's CM/ECF system this 17th day of July, 2026, which provides electronic service to all parties of record, including Olivia Kay Ghiselli, Assistant United States Attorney, Office of the United States Attorney, Western District of Michigan, P.O. Box 508, Grand Rapids, Michigan 49501-0208. A true and correct copy of the foregoing was also served upon Defendant-Appellant by U.S. Mail at:

Samuel A. Kuhl, #731991
1728 W. Bluewater Highway
Ionia, Michigan 48846

Respectfully submitted,

/s/ Sanford A. Schulman
SANFORD A. SCHULMAN
Attorney for Defendant-Appellant
SAMUEL ALEXANDER KUHL
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
313-963-4740
Email: saschulman@comcast.net

Date: July 17, 2026

## EXHIBIT A

## Proposed Supplemental Brief of Defendant-Appellant Samuel Alexander Kuhl