UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

No. 25-2065

v.

SAMUEL ALEXANDER KUHL,

Defendant-Appellant.
_______________________________/

APPELLEE'S RESPONSE IN OPPOSITION TO APPELLANT'S MOTION

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and Olivia Kay Ghiselli, Assistant United States Attorney, requests this Court deny Appellant's Motion for Leave to File Supplemental Brief for the following reasons[1]:

1. On April 9, 2026, Appellant, through Counsel, filed his Brief and requested oral argument. (Doc. 24.) His brief raised ten issues.

2. On April 13, 2026, Appellant filed a pro se motion requesting Counsel withdraw as the attorney of record. (Doc. 26.) This Court initially held briefing in abeyance while considering the motion, then ultimately denied Appellant's pro se motion and reset the briefing schedule.

[1] Counsel indicates that he sought the government's position on this motion; undersigned counsel has no record of this communication. (Doc. 38 at 6.)

Responding to Kuhl's complaints, this Court explained that defense counsel maintains ultimate authority to determine which arguments to press. (*Id.* at 2-3.)

3. On July 16, 2026, Appellant again filed a pro se motion, this time requesting the appointment of a new appellate attorney or, in the alternative, permission to proceed pro se on appeal. (Doc. 35.) He raised many of the same complaints as he had before. Counsel responded the following day. (Doc. 36.) Appellant's request is pending.

4. Also on July 17, 2026, Appellant, through Counsel, filed a motion seeking leave to file a supplemental brief, accompanied by a supplemental brief. (Doc. 38-39.) The supplemental brief raises three additional issues which appear to have been raised in Appellant's pro se motion. (Doc. 35 at 3-8.)

5. Counsel seeks leave to file a supplemental brief under the authority of Fed. R. of App. P. 2. (Doc. 38 at 2.) Appellant provides no cause, good or otherwise, for this Court to grant leave. Instead, Appellant relies on the fact that the government has not yet filed a response and, thus, "[n]o party is prejudiced." (*Id.* at 5.) But the government, whose brief is currently due July 29th, is prejudiced by Kuhl's much-belated attempt

to press additional arguments that he did not pursue in his original filing.

6. The district court noted that Appellant filed "many" motions, an amount "in the 60s" or higher. (1:23-cr-044 R.291: Transcript Final Pre-Trial Conf., PageID.2421.) These motions frequently violated filing deadlines, procedural rules, and prior rulings.

7. For example, after the district court ruled on his (repeatedly filed) motions to suppress (1:23-cr-044 R.258: Order, PageID.2254-2260), Appellant spent a significant amount of time during trial attempting to relitigate them, despite the trial court (repeatedly) explaining that it was procedurally and legally inappropriate. (1:23-cr-044 R.319: Transcript Vol. II, PageID.2984-85.)

8. Appellant has already demonstrated a similar approach to the appellate process. He has previously filed a motion to substitute counsel, or in the alternative a motion to represent himself on appeal. (Doc. 26.) Both requests were denied. (Doc. 31.) He has again filed the same request, offering many of the same complaints.

9. Additionally, as Counsel notes, the combined Brief and Supplemental Brief exceed the word count limitation provided for in Fed. R. App. P. 32(a)(7)(B)(1). (Doc. 38 at 6.) No justification for exceeding the limit

is offered, aside from the inclusion of the supplemental brief. No justification could reasonably be provided because Counsel even offered to re-submit a filing that would conform with the word limit.

WHEREFORE, for the reasons set forth above, the United States respectfully requests this Court deny Appellant's Motion.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: July 20, 2026

*/s/ Olivia Kay Ghiselli*
OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404

CERTIFICATE OF SERVICE

I certify that on July 20, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Olivia Kay Ghiselli
Assistant United States Attorney