UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

No. 25-2065

v.

SAMUEL ALEXANDER KUHL,

Defendant-Appellant.
_______________________________/

MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

The United States of America, by and through its attorneys, Timothy VerHey, United States Attorney for the Western District of Michigan, and Olivia Kay Ghiselli, Assistant United States Attorney, moves this Court for an extension of time to file its brief on appeal for the following reasons:

1. The brief of the United States is currently due on July 29, 2026.
2. One prior request for extension of time, for thirty (30) days, has been made by Appellee. Appellant was granted two motions of extensions, totaling ninety (90) days, to file his brief.
3. On July 16, Appellant filed a Renewed Motion for Appointment of Substitute Appellate Counsel, or, in the Alternative, For Leave to Proceed Pro Se. (Doc. 35.) Shortly thereafter, Counsel for Appellant filed a Response (Doc. 36) and a Motion for Leave to File a Supplemental Brief

(Doc. 38) accompanied by a Supplemental Brief. (Doc. 39.) On July 20, the United States responded. (Doc. 40.)

4. This Court has yet to rule on Appellant's Renewed Motion or the filings that followed. The United States is unable to prepare its brief without knowledge of the entirety of the issues presented by Appellant.
5. The issues raised by the Appellant are numerous and important that require a response that fully addresses the legal and factual issues presented.
6. In order to provide the Court with a comprehensive review of the record and the law, the United States seeks this extension of time.

WHEREFORE, for the reasons set forth above, the United States respectfully requests an extension to file its brief to and including August 28, 2026.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: July 28, 2026

*<u>/s/ Olivia Kay Ghiselli</u>*

OLIVIA KAY GHISELLI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404

CERTIFICATE OF SERVICE

I certify that on July 28, 2026, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Olivia Kay Ghiselli
Assistant United States Attorney