**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 30, 2026

Ms. Olivia Kay Ghiselli
Office of the U.S. Attorney
P.O. Box 508
Grand Rapids, MI 49501-0208

Mr. Sanford A. Schulman
Schulman & Associates
500 Griswold Street
Suite 2340
Detroit, MI 48226

Re: Case No. 25-2065
*USA v. Samuel Kuhl*
Originating Case No. 1:23-cr-00044-1

Dear Counsel,

Briefing in this case will be held in abeyance pending the resolution of the outstanding motions and denying as moot the government's motion to extend time to file their brief. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: James (by Robin)
Direct Dial No. 513-564-7019

cc: Mr. Samuel Alexander Kuhl