# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/11/2026.

**Case Name:** USA v. Samuel Kuhl
**Case Number:** 25-2065

**Docket Text:**
ORDER filed to have Mr. Sanford A. Schulman for Mr. Samuel Alexander Kuhl show cause; The court thus has reasons to believe that sanctions may be warranted against Kuhl's counsel under the Federal Rules of Appellate Procedure, this Court's inherent authority, and any other source of disciplinary or sanctioning power. See, e.g., Fed. R. App. P. 38; Chambers v. NASCO, Inc., 501 U.S. 32, 43 (1991); Whiting v. City of Athens, TN, 170 F.4th 455 (6th Cir. 2026). Therefore, (1) Sanford A. Schulman, counsel for the defendant, is ORDERED to SHOW CAUSE why he should not be sanctioned and/or disciplined based on the facts described in this order within fourteen (14) days from the date of this order. (2) Schulman must provide the Westlaw or LexisNexis printouts of each authority cited in the appellant brief and the supplemental brief. Schulman must highlight the language in each authority for the proposition of law for which it is cited. If there are any discrepancies, Schulman is expected to address those in his responsive briefing. (3) In addition to any arguments or factual submissions that he believes warrant the court's consideration, Schulman must also explain (a) who wrote the appellant brief and the tendered supplemental brief; (b) whether generative artificial intelligence was used in the drafting of these briefs, and (c) the processes that were used to cite-check both briefs. (4) A ruling on the outstanding motions is DEFERRED pending receipt of Schulman's response. [7563075-3] [7563075-2] [7563299-2] [7569757-2]. Karen Nelson Moore, Julia Smith Gibbons and Whitney D. Hermandorfer, Circuit Judges.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Samuel Alexander Kuhl
Charles Egeler Reception & Guidance Center
3855 Cooper Street
Jackson, MI 49201

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins
Ms. Olivia Kay Ghiselli
Mr. Sanford A. Schulman