RECEIVED
NOV 06 2026
KELLY L. STEPHENS, Clerk

Case No. 25-2065
U.S. Court of Appeals For The
Sixth Circuit

UNITED STATES,
Plaintiff-Appellee,

v.

SAMUEL KUHL,
Defendant-Appellant.

On Appeal From The
Western District of
Michigan
1:23-cr-44-JMB

NOTICE OF ADDRESS CHANGE

I, Samuel Kuhl, am now being housed, and receiving mail at the address provided below.

Samuel Kuhl 202301785
Newaygo County Jail
1035 E. James St.
White Cloud, MI 49349

10-30-2026

S. Kuhl
S. Kuhl

Samuel Kuhl 202301785
1035 E. James St.
~~Newaygo~~, MI 49349
White Cloud

GRAND RAPIDS MI
2 NOV 2026 PM

USA / FOREVER

RECEIVED
NOV 06 2026
KELLY L. STEPHENS, Clerk

United States
Sixth Circuit Appeals Court
100 E. Fifth Street
Cincinnati, OH 45202

"This mail has originated from the Newaygo County Jail"

45202-391199

25-2065
JDo

FSC MIX Envelope FSC C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2026